UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**LOLY NELSON**                              **CIVIL ACTION NO. 20-1559-P**

**VERSUS**                                      **JUDGE WALTER**

**CADDO CORRECTIONAL CENTER, ET AL.**                  **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 1st day of June, 2023.

                                                         DONALD E. WALTER
                                          UNITED STATES DISTRICT JUDGE